Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

**Alex R. Rovira**
alex.rovira@troutman.com

September 22, 2026

Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re: E. Huebscher, as Litigation Trustee, and Alexander Talel, as Co-Liquidator v. J. Bialsky, et al. (No. 26-cv-04490) –Stipulation Requesting Extension of Time**

Dear Judge Brown:

We are counsel to appellant Eric Huebscher as Litigation Trustee and Co-Liquidator for East End Ventures, LLC, East End Ventures II LLC, and East End Ventures III LLC (the "Trustee") in the above-referenced bankruptcy appeal. The Trustee continues, pursuant to the Litigation Trust Agreement and order confirming the Debtor's chapter 11 plan, administer the Debtor's estate in the chapter 11 bankruptcy case (the "Bankruptcy Case") pending in the U.S. Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court") before the Honorable Louis A. Scarcella. We submit this letter request, with the consent of all parties, pursuant to Local Rule 7.1(e) to request brief extensions of time to the briefing deadlines.

Pursuant to Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." whether to grant an extension of time lies within the district court's discretion. *Marshal v. Marine Bulkheading, Inc.*, 2022 WL 1078225, at *2 (E.D.N.Y. Apr. 8, 2022).

The Trustee submits that good cause exists for a short extension of time to file its brief and also extend the time to file responding briefs. In addition to the recent holidays, as set forth on the record at the hearing held before the Bankruptcy Court on September 17, 2026, the Trustee continues to pursue the resolution of certain matters related to the administration and property of the Debtor's estate, which were initially set for September 17, 2026. The Bankruptcy Court has briefly adjourned resolution of those matters to October 1, 2026.

The Trustee does not seek an extension for dilatory purposes. Rather, given the ongoing efforts, the Trustee seeks an extension in order to ensure it has sufficient time to submit its brief.

The appellees will not be prejudiced by the requested two-week extension as the Trustee has extended the same extension to the appellees as set out below.

On September 22, 2026 the Trustee and counsel for the appellees conferred regarding an extension and counsel to the appellees did affirmatively consent to the request. Accordingly, through this consent stipulation and letter, the parties respectfully request the court extend the deadlines by which the parties shall file their briefs as follows: (i) Appellants shall their opening brief by October 9, 2026; (ii) Appellees shall file their brief in response by November 23, 2026; and (iii) Appellants shall file their reply brief by December 14, 2026.

Respectfully submitted,

*/s/Alex R. Rovira*

**TROUTMAN PEPPER LOCKE LLP**
Alex R. Rovira
Michael A. Sabino
875 Third Avenue
New York, NY 10281-2101
Telephone: 212.704.6000
alex.rovira@troutman.com
michael.sabino@troutman.com

*Counsel to Appellant Eric Huebscher, as Litigation Trustee*

*/s/ Peter Sluka*

**FARRELL FRITZ, P.C.**

Patrick Collins
Peter J. Sluka
622 Third Avenue, Ste. 37200
New York, NY 10017
Telephone: 212-687-1230
pcollins@farrellfritz.com
psluka@farrellfritz.com

*Counsel to Appellant Alexander Talel, Co-Liquidator*

*/s/ Lisa Golden*

**GOLDEN HIRSCHHORN LLP**
List Golden
1050 Franklin Avenue
Garden City, NY 11530
Telephone: 516-307-1616
lmg@ghlawny.com

*Counsel to Appellees*